Charles Perryman *v.* State

5234                                    414 S. W. 2d 91

Opinion delivered May 1, 1967

No brief for appellant.

*Joe Purcell,* Attorney General; *Don Langston,* Asst.
Atty. General, for appellee.

George Rose Smith, Justice. The appellant was
convicted of having indecently exposed himself to a
girl under the age of sixteen. Ark. Stat. Ann. §§ 41-
1127 and -1129 (Repl. 1964). The jury fixed his punish-
ment at imprisonment for six months. The testimony of
the prosecuting witness and of another high school
student who was present when the incident occurred was
amply sufficient to support the verdict.

The court did not err in allowing the fifteen-year-old
prosecutrix to testify. In criminal cases the trial judge
is given wide discretion in determining the competency
of a minor as a witness. *Harris* v. *State,* 238 Ark. 780,
384 S. W. 2d 477 (1964). There was no abuse of discretion
here. Quite the opposite, the record suggests no basis for

questioning the competency of this witness. Nor did the court err in refusing to permit defense counsel to delay his opening statement to the jury until the State had rested its case. That exact point was decided in *McDaniels* v. *State*, 187 Ark. 1163 (mem.), 63 S. W. 2d 335 (1933).

Affirmed.